*1109014 2*
*$ 94.72*
*6/28/10*

# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

June 25, 2010

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501



FILED
JUN 28 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Re: Kent A. Reichard/Jacquelyn J. Reichard
dba Muchows Floral Shop
Bk. No. 05-11578K

Dear Sir/Madam:

Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Kent A. Reichard/Jacquelyn J. Reichard.

I have stopped payment on these checks since they are beyond the 90 day period and I am enclosing the Estate of Kent A. Reichard/Jacquelyn J. Reichard's check no. 10110 in the amount of $94.72 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Kent A. Reichard/Jacquelyn J. Reichard

Claim No. 43     The Credit Bureau                          $94.72
                 19 Prince St.
                 Rochester, NY 14607

If you have any questions or problems, please feel free to contact the undersigned.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

REICHARD, KENT A.
REICHARD, JACQUELYN J.
DBA MUCHOWS FLORAL SHOP
          Debtors.

Chapter 7

Case No. 05-11578 MJK

**STATEMENT OF
UNCLAIMED DIVIDENDS**



| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 43 | The Credit Bureau<br>19 Prince St.<br>Rochester, NY 14607 | $120.00 | $94.72 |

**TOTAL UNCLAIMED DIVIDENDS:**     $ 94.72

Dated: June 25, 2010

_____
JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994